# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 27, 2023

*By the Court*:

No. 23-2739

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff - Appellee,<br><br>v.<br><br>JONATHAN ALEXANDER L. LOGEMAN,<br>Defendant - Appellant. | Appeal from the United<br>States District Court for<br>the Southern District of Illinois.<br><br>No. 4:21-cr-40052-JPG-9<br><br>J. Phil Gilbert,<br>*Judge.* |

This matter comes before the court for its consideration of attorney Luke A. Baumstark's **MOTION TO CONTINUE DEADLINE TO FILE APPELLATE BRIEF AND MOTION TO WITHDRAW AS COUNSEL**, filed on October 15, 2023. Upon consideration thereof,

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

**IT IS FURTHER ORDERED** that Thomas W. Patton, Chief Federal Defender, 401 Main Street, Peoria, IL, 61602, Thomas_Patton@fd.org, is appointed to represent defendant-appellant Jonathan Alexander L. Logeman. Counsel is directed to contact the defendant-appellant immediately.

Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before February 26, 2024.

2. Plaintiff-appellee shall file its brief on or before March 27, 2024.

3. Defendant-appellant shall file his reply brief, if any, on or before April 17, 2024.

**IT IS FINALLY ORDERED** that the District Court shall add attorney Thomas W. Patton to their CM/ECF database for purposes of accessing District Court documents, including sealed docket entries not filed ex parte.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).