No. 23-2739

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff-Appellee,<br><br>vs.<br><br>JONATHAN ALEXANDER L. LOGEMAN,<br><br>　　　Defendant-Appellant. | Appeal from the United States District Court for the Southern District of Illinois<br><br>Case No. 4:21-cr-40052-JPG-9<br><br>Hon. J. Phil Gilbert,<br>United States District Judge, Presiding. |

**MOTION TO WITHDRAW AS DEFENDANT-APPELLANT'S APPOINTED COUNSEL ON APPEAL**

Comes now, Thomas W. Patton, Federal Public Defender for the Central District of Illinois, and Michael Will Roy, Assistant Federal Public Defender, and move this Court for entry of an order granting counsel leave to withdraw as Defendant-Appellant's appointed counsel on appeal. In support thereof, counsel state as follows:

　　1.　　On June 8, 2021, a grand jury indicted ten defendants in the Southern District of Illinois with charges related to a conspiracy to distribute methamphetamine. *See United States v. Vinson, et al.*, Case No. 4:21-cr-40048. Undersigned counsel represents a defendant from that drug conspiracy, Senque Bingham, in Appeal No. 23-2172. This Court heard oral argument in Mr. Bingham's appeal on November 6, 2023. That appeal remains pending.

2.      Jonathan Logeman is the defendant in this appeal. Like Mr. Bingham, he was also indicted with multiple codefendants in the Southern District of Illinois for conspiracy to distribute methamphetamine. *See United States v. Taylor*, *et al.*, Case No. 4:21-cr-40052.

3.      On November 27, 2023, this Court appointed the Federal Defender's Office for the Central District of Illinois to represent Mr. Logeman on appeal. The undersigned attorney is the attorney primarily responsible for Mr. Logeman's appeal in the above-entitled cause.

4.      Upon initial review of the record in Mr. Logeman's case, counsel discovered that Mr. Logeman has adverse interests to counsel's existing client, Mr. Bingham. The two drug conspiracies appear to be related, and Mr. Logeman bought methamphetamine from the drug conspiracy underlying Mr. Bingham's case. During Mr. Bingham's sentencing, the government relied on Mr. Logeman's post-arrest statements as evidence against Mr. Bingham to obtain a firearm enhancement under the Sentencing Guidelines. The main issue in Mr. Bingham's appeal is about Mr. Bingham's possession of firearms, and how those firearms affected his eligibility for safety-valve relief.

5.      Counsel thus believes an actual conflict of interest exists which precludes counsel's continued representation of Mr. Logeman on appeal. Although defendants in different district court cases, they are effectively codefendants with adverse interests who were swept up in the same police investigation.

6.     Mr. Logeman has a right to be represented by conflict-free counsel. *See United States v. Ellison*, 798 F.2d 1102, 1106 (7th Cir. 1986) ("A criminal defendant is entitled to counsel whose undivided loyalties lie with his client.") It would be in Mr. Logeman's best interests to allow current counsel to withdraw and for the Court to appoint new counsel on appeal.

Wherefore, Thomas W. Patton and Michael Will Roy respectfully request the entry of an order granting leave to withdraw as Mr. Logeman's appointed counsel on appeal in the above-entitled case.

JONATHAN ALEXANDER L. LOGEMAN
Defendant-Appellant

s/ Michael Will Roy
MICHAEL WILL ROY
Assistant Federal Public Defender
Office of the Federal Public Defender
300 W. Main Street
Urbana, IL 61801
Phone: (217) 373-0666
Email: Michael_Roy@fd.org
COUNSEL FOR DEFENDANT